**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kendrick Vaughn

Plaintiff,

v.

Case No.: 1:26−cv−03205
Honorable Jorge L. Alonso

Hudson Valley Seed Library LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The plaintiff has filed a notice of settlement 13. To provide time to execute the agreement and effectuate any consideration, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 7/31/26. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. The 6/17/26 status hearing is stricken. All other deadlines are stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.